**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Rodolfo SANDOVAL–VALENCIA,
Defendant—Appellant.**

No. 03–10429.

United States Court of Appeals,
Ninth Circuit.

Submitted April 13, 2004.*

Decided April 23, 2004.

Beverly K. Anderson, Nathan D. Leonardo, Esq., Office of the U.S. Attorney, Evo A. DeConcini, U.S. Courthouse, Tucson, AZ, for Plaintiff–Appellee.

Thomas Jacobs, Esq., Law Offices of Thomas Jacobs, Tucson, AZ, for Defendant–Appellant.

Before: T.G. NELSON, W. FLETCHER, and BERZON, Circuit Judges.

MEMORANDUM **

Rodolfo Sandoval–Valencia appeals the district court's imposition of a sixteen-level increase in the range prescribed by the United States Sentencing Guidelines based on his Washington State conviction for third-degree rape. We have jurisdiction pursuant to 18 U.S.C. § 3742(a) and we

affirm. We see no meaningful distinction between this case and *United States v. Pereira–Salmeron.*[1] Accordingly, we affirm.

AFFIRMED.

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1.  337 F.3d 1148 (9th Cir.2003).